# EXHIBIT A

## CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number 20 SC 1109

Amount Claimed _____

MARSHALL E WIGGINS
Plaintiff(s)

vs

R+L CARRIERS,
1740 Sauget Industrial Parkway
Sauget, IL, 62201
Defendant(s)

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

Pltf. Atty. MARSHALL E WIGGINS   Code ____
Address 157 Hollorery St
City Cahokia, IL 62206   Phone 618 447 4610
Add. Pltf. Atty. _____   Code ____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME R+L Carriers
ADDRESS 1740 Sauget Industrial Pkn
CITY & STATE Sauget, IL 62201

### SUMMONS COPY

To the above named defendant(s)......:

[X] A. You are hereby summoned and required to appear before this court at (court location) 10 Public Square, Belleville, IL Room 301 at 2:00 P M. On 7-21 20 20 to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[ ] B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, 6-22 20 20

Kahala Clay
Clerk of Court
BY DEPUTY: _____

SEAL

DATE OF SERVICE: _____ 20 __
(To be inserted by officer on copy left with defendant or other person)

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

(d) - (Other service):

```
SHERIFF'S FEES
Service and return _____ $
Miles _____ .......... $_____
Total ................... $_____

Sheriff of _____ County
```

_____, Sheriff of _____ County

_____, Deputy

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, STATE OF ILLINOIS

## SMALL CLAIMS COMPLAINT — NO: 20 SC 1109 Amended

(Please Type or Print Clearly)

**PLAINTIFF(S):** (Last Name, First Name, MI.) [PLT]

Wiggins Marshall E

Address and Phone: ☒ Plaintiff
☐ Attorney (Include Name & Bar No.) [ATP]

1152 Halloran St
Cahokia, IL 62206

☐ See attached for additional plaintiffs

vs.

**DEFENDANT(S):** (Last Name, First Name, MI.) [DEF]

R+L Carriers
Loree Fauley

Address and Phone: Defendant

1740 Sauget Industrial Pkw
Sauget, IL 62201

FILED
ST. CLAIR COUNTY
JUN 22 2020
Kahalah A. Clay
CIRCUIT CLERK

☐ See attached for additional defendants

## CLAIM OF PLAINTIFF

The undersigned claims under oath that the defendant(s) is/are indebted to the plaintiff(s) in the sum of $_____.___, plus $_____.___ interest, plus costs of court, plus $_____.___ in attorney's fees, for a total of: $40 to $10,000.___, for the following reasons.

**Breach of contract:** ☐ oral (SC01)  ☐ written (attach copy) (SC02)
**Money due:** ☒ goods/services (SC03)  ☒ wages (SC04)  ☐ security deposit (SC05)
**Check returned:** ☐ closed account (SC06)  ☐ NSF (SC07)  ☐ stopped payment (SC08)
**Defective repairs/services:** ☐ auto/appliances (SC09)
**Property damage:** ☐ auto (SC11)  ☐ real property (SC10)
**Personal injury:** ☐ auto (SC13)  ☐ other (SC12)
**Landlord/Tenant:** ☐ unpaid utilities (SC15)  ☒ other (SC14)
**Theft of personal property:** ☐ (SC17)  ☐ property damage (SC16)
☐ other (SC99): _____

**Explanation of Plaintiff's Claim**
On 7/29, 20 19 I was Wrongfully Discharged Asking to be Reinstated including made whole See Attached

**Demand Jury Trial:** ☐ No  ☒ Yes  ☐ Six Person: $12.50  ☒ Twelve Person: $25.00

**Service by:** ☐ Certified Mail (105)  ☒ Sheriff (100)  ☐ Special Server (Provide a self-addressed, return envelope) (101)

## AFFIDAVIT

Under penalties as provided by law, (735 ILCS 5/1 — 109 (2000), I hereby certify that the statements set forth in this instrument are true and correct.

Marshall Wiggins    6/17/20    Marshall Wiggins
Name                Date        Signature

Freeburg Printing & Publishing, Inc.  2

**CIRCUIT COURT OF ILLINOIS**
**20TH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

Marshall E Wiggins
Plaintiff

Vs.

R+L Carriers
Defendant

Case No.: 20SC1109

FILED
ST. CLAIR COUNTY
JUN 22 2020
Nathalia a. Clay
CIRCUIT CLERK

Wrongfull Discharge upto Oct 2018 I Held one of the Best Attendance record at R+L Carriers Then I Became Ill and had to go into hospital and under doctor's care for awhile, to the Best of my knowledge and ability I Followed all Rules including processing paper work in timely manner.

Then and Now They are Lying, Saying I failed To submitt Documentation for time off work that was ordered By Doctors.

I Have been off work Because I was Ill, and Pendemic Virus. I'm asking for Hearing By Jury that Looks Like me.

Name: R+L Carriers
Address: 1740 Sauget Industrial Pkw
City, State & Zip: Sauget, IL 62201
Phone #: 618 332-0529
Email Address:

Marshall Wiggins
Signature
(Pro Se)

State of Illinois

**IN THE TWENTIETH JUDICIAL CIRCUIT, ST. CLAIR COUNTY, BELLEVILLE, ILLINOIS**

Marshall E. Wiggins,
PLAINTIFF

vs.                                           No. 20SC1109

Greenwood Motor Lines, Inc.,
Defendant

FILED
ST CLAIR COUNTY
APR 21 2022
43
Maria P. Zim
CIRCUIT CLERK

## ORDER

This cause coming before the Court; the Court being fully advised in the premises and having jurisdiction of the subject matter;

The Court finds: ................................................................................

IT IS THEREFORE ORDERED:

Defendant's Section 2-615 Motion to Dismiss called, heard, and argued. Plaintiff appeared pro se and Defendant appeared through counsel. Defendant's motion to dismiss is GRANTED. Plaintiff's complaint is dismissed without prejudice. Plaintiff has 28 days to file an amended complaint.

Defendant also hand-delivered Defendant's interrogatories and document requests to Plaintiff that were previously served on February 7, 2022. Plaintiff has 28 days to respond to Defendant's written discovery request.

Another case status conference set for 1:30 p.m. on June 28, 2022, in Courtroom 405.

Attorneys:                                    Enter:

_____
Plaintiff

_____        _____
Defendant                              Judge  Julie K. Katz

White—CC;  Yellow—Plaintiff;  Pink—Defendant                    CC-14-95

FREEBURG PRINTING & PUBLISHING, INC. • 618-539-3320

## CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.   AMEND
County of St. Clair )

Case Number **20 SC 1109**

Amount Claimed _____

**MARSHALL E WIGGINS**
Plaintiff(s)

vs

**R+L Carriers
1740 Sauget Industrial Parkway
Sauget, IL. 62201**
Defendant(s)

Classification Prefix _____ Code _____  Nature of Action _____ Code _____

Pltf. Atty. **Marshall E Wiggins** Code _____
Address **1152 Hollorcas**
City **Cahokia, IL 62206** Phone **618 447 4610**
Add. Pltf. Atty. _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:
NAME **R+L Carriers**
ADDRESS **1740 Sauget Industrial Parkway**
CITY & STATE **Sauget, IL 62201**

### SUMMONS COPY
To the above named defendant(s):

[X] A. You are hereby summoned and required to appear before this court at (court location) **10 Public Sq Belleville IL 62220** Rm **301** at **1:30** P. M. On **June 28, 2022** to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

[ ] B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

TO THE OFFICER:
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that, paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, **April 26, 2022**

**Marie Zaiz**
Clerk of Court

BY DEPUTY: **Michelle Foster**

SEAL

DATE OF SERVICE: **4-28, 2022**
(To be inserted by officer on copy left with defendant or other person)

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

SHERIFF'S FEES

Service and return _____ $
Miles _____ $
Total _____ $

Sheriff of _____ County

_____, Sheriff of _____ County

_____, Deputy

CIRCUIT COURT OF ILLINOIS
20TH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS  Amend

Mardell E Wiggins
**Plaintiff**

Vs.

R+L Carriers

**Defendant**

Case No.: 20 SC 1109

FILED
ST. CLAIR COUNTY
APR 26 2022
Main P. Zaim
CIRCUIT CLERK

Complaint

Wrongfull Discharge, 7/29/2019
From the Date of Hire upto time I Become Ill 10/18, I Held one of the Best attendance Record at R+L Carriers I was admitted into the Hospital and was under Doctori care for a while, to the Best of my knowledge and ability I followed all rules that were Required Including Processing paper work in timely manner.

Then and Now They're Lying, stated that I Failed To Submit Documents for time off work that was Ordered By Doctors.

I Have Been off work Because I was Ill, and Pandemic Virus.

I am Requesting trail Jury that Looks Like Me

I am Seeking to be Reinstated back to work and To be made whole.

Name: Mardell Wiggins
Address: 1152 Halloran Street
City, State & Zip Cahokia, IL 62206
Phone #: 618 447 4610

Signature: Mardell Wiggins
(Pro Se)

MARSHALL WIGGINS,                      Case No. 20SC1109

       Plaintiff,                      *Amend*

v.

GREENWOOD MOTOR LINES, INC. d/b/a
R&L CARRIERS,

       Defendant.

I Marshall E Wiggins was hired with R&L Carriers -Saint Louis Freight also known as Greenwood Motor Lines, INC. on 7/19/2016, based in Wilmington, Ohio, a huge Freight company that operates globally.

During 9/2018 or there about I became Ill and hospitalized, yet managed to keep in touch and filed all necessary documents requested in timely manner.

A little while later during my struggle with my Illness and guarding myself from corona virus as Doctors requested I started getting cruel and harsh treatments from my employer, including termination.

I was not given 1st, 2nd, 3rd, 4th unexcused absence that included verbal warnings, and written warnings. I was only granted the Fifth unexcused absence Termination.

It was required that I must verbally notify management or immediate supervisor prior to the start of my regularly scheduled shift as for in advance as possible, I did that starting 9/2018 and repeatedly.

These Laws support my complaints:

FMLA 1933.

Title VII of the civil rights Act of 1964.

The Age Discrimination in employment Act of 1967.

Because of my Faithfulness to my employer, genuineness and the Law that applies listed and not listed is Evidence enough that the court should rule in my favor.

Please find all is correct and true to the best of my ability and knowledge.

I am seeking jury that looks like me, reinstate back to work, back pay, and to be made whole.