UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**FILED**
NOV 17 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

Sean Wilkins Markell C

*Plaintiff*

v.

Greenwood Motor Lines, Inc.
and RTL Carriers

*Defendant(s)*

Case Number: 3:22-cv-01082-SPM
(Clerk's Office will provide)

# Amended
# PRO SE CIVIL RIGHTS COMPLAINT
## (Non-Prisoner)

### I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II. PARTIES

**Plaintiff:**

A. Plaintiff, a citizen of _Illinois_ (state), who resides at _1152 Halloran Street Cahokia Illinois 62206_, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant _Greenwood Motor Lines, Inc_ is employed as
   (a) (Name of First Defendant)
   _Home Quarters_
   (b) (Position/Title)

(10/2010)

with **R+L Carriers**
     (c)     (Employer's Name and Address)

1740 Sauget Industrial Parkway Sauget IL 62201

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☐ Yes ☑ No

If your answer is YES, briefly explain:


Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. and Reinstatement

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).


**Defendant #2:**

C.   Defendant **R+L Carriers** is employed as
       (Name of Second Defendant)

**Employer**
(Position/Title)

with **R+L Carriers Sauget Industrial Parkway**
(Employer's Name and Address)

Sauget IL. 62201

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☐ Yes ☑ No

If you answer is YES, briefly explain:


Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**. and Reinstatement

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

(10/2010)

**Defendant #3:**

D.   Defendant _____ is employed as
     (Name of Third Defendant)

     _____
     (Position/Title)

     with _____
     (Employer's Name and Address)

     _____

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government?  ☐ Yes  ☐ No

If you answer is YES, briefly explain:

Check one of the following:

☐   This defendant **personally participated** in causing my injury, and I want **money damages**.

☐   The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E.   Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

(10/2010)

III. **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in this federal court?
        ☐ Yes ☒ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

        1.    Parties to previous lawsuits:

            Plaintiff(s):

            Defendant(s):

        2.    Case number:

        3.    Name of Judge to whom case was assigned:

        4.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

            Still Pending

(10/2010)

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth <u>each</u> claim in a <u>separate</u> paragraph.

1. On or about 7/19/2016 I was Hired on with RTC Carrier "St Louis Freight" from that date til I became Ill 2018/10 and Hospitalized I Held one of Best Work Records at that company

2. I applied for my FMLA But was Denied and Let go Because of my Disability, Age, Race and color.

3. Due to my inability to speak clearly enough in writing, I'm asking the Judge for in person meetings/hearing concerning this case.

4. I'm Been fighting this case since 6/18/20 and Have gone thru five Judges Including Unemployment Judge That Denied my Benefits cause He state that I told him I' was working " appeal Date 3/12/2020 I do not tell him that

5. All these Judges for this one case, saying I said and Did things that I Did not Do or Say.

I Believe is room enough to move forward with this case

6. All Circuit Court Judges Refused to Dismissed and granted me court Trial court Date, Jury Trail That Looks Like me and I am asking United States District court for Jury Trail that look Like me.

(10/2010)

V. **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 10,000 + Unemployment and extended Benefits .
Punitive damages in the amount of $ 50,000 .

An ordering requiring defendant(s) to:

A declaration that: a Statement of Apology

Other:

VI. **JURY DEMAND** (*check one box below*)

Plaintiff ⊘ does or ◯ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 11/17/22
(date)

1152 Hollman Street
Street Address

Cahokia Illinois 62206
City, State, Zip

_Marshall Wiggins_
Signature of Plaintiff

Marshall Wiggins
Printed Name

(10/2010)