IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARSHALL E. WIGGINS,<br><br>Plaintiff,<br><br>v.<br><br>GREENWOOD MOTOR LINES, INC. d/b/a R&L CARRIERS, R&L CARRIERS, and MARK S. PEEBLES,<br><br>Defendants. | Case No. 22-CV-01082-SPM |

## JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of October 21, 2022 (Doc. 9), Plaintiff Marshall E. Wiggins' FMLA claim was **DISMISSED with prejudice** under Federal Rule of Civil Procedure 12(c).

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 21, 2022 (Doc. 28), Plaintiff Wiggins' Title VII and ADEA claims were **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.

DATED:   December 21, 2022

                                                MONICA A. STUMP,
                                                Clerk of Court

                                                By:  s/ *Jackie Muckensturm*
                                                        Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
                   STEPHEN P. MCGLYNN
                   U.S. District Judge