# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 22, 2023

To:   Monica A. Stump
      UNITED STATES DISTRICT COURT
      Southern District of Illinois
      East St. Louis, IL 62201-0000

|  |  |
|---|---|
| No. 22-3077 | MARSHALL E. WIGGINS,<br>Plaintiff - Appellant<br><br>v.<br><br>GREENWOOD MOTOR LINES, INC.,<br>Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 3:22-cv-01082-SPM<br>Southern District of Illinois<br>District Judge Stephen P. McGlynn ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                              No record to be returned

form name: **c7_Mandate**   (form ID: **135**)